# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Thomas A. Curtis and LaShawn Curtis__ ,　　　　　　　　Case No. _____
　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __194.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

　　$ __50.00__　　Check one ☑　With the filing of the petition, or
　　　　　　　　　　　　　　　☐　On or before _____
　　$ __50.00__　　on or before __October 6, 2005__
　　$ __50.00__　　on or before __November 6, 2005__
　　$ __44.00__　　on or before __December 6, 2005__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| /s/Chelsey Robinson #6327841　　9/6/05 | /s/ Thomas A. Curtis　　9/6/05 |
|---|---|
| Signature of Attorney　　Date | Signature of Debtor　　Date |
| | (In a joint case, both spouses must sign.) |
| Chelsey Robinson | /s/ LaShawn Curtis　　9/6/05 |
| Name of Attorney | Signature of Joint Debtor (if any)　　Date |

-------------------------------------------------------------------------------------------------------------------------------------------