```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35537
    THOMAS A CURTIS III
    LASHAWN CURTIS                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1349      SSN XXX-XX-8533

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/06/2005 and was confirmed 11/16/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
WORLD FINANCIAL NETWORK   UNSECURED          187.93           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          8281.77           .00       2914.23
INTERNAL REVENUE SERVICE  UNSECURED         5147.87           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED         1305.00           .00           .00
GE CAPITAL                SECURED           3055.00        604.10       3055.00
MEADOWS CREDIT UNION      SECURED          12750.00       2861.14      12750.00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED          .00           .00
ALL PROPERTIES REAL ESTA  SPECIAL CLASS     4007.15           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED         3309.17           .00           .00
SEARS HOME IMPROVEMENT    UNSECURED        NOT FILED          .00           .00
COMCAST                   UNSECURED        NOT FILED          .00           .00
CREDIT PROTECTION ASSOCI  UNSECURED        NOT FILED          .00           .00
CFC FINANCIAL LLC         UNSECURED        NOT FILED          .00           .00
SULLIVAN URGENT AID       UNSECURED        NOT FILED          .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         4121.35           .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED          .00           .00
IMC PROPERTY MANAGEMENT   UNSECURED        NOT FILED          .00           .00
NORTHWEST PREMIUM SERVIC  UNSECURED        NOT FILED          .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00           .00
TCF BANK                  UNSECURED        NOT FILED          .00           .00
SPRINT PCS                UNSECURED        NOT FILED          .00           .00
COLUMBIA HOUSE            UNSECURED        NOT FILED          .00           .00
WORLDWIDE ASSET PURCHASI  UNSECURED          131.24           .00           .00
BRYLAN HOME               UNSECURED        NOT FILED          .00           .00
CAPITAL ONE               UNSECURED        NOT FILED          .00           .00
STERLING BANK & TRUST     UNSECURED        NOT FILED          .00           .00
FIRST PREMIER BANK        UNSECURED        NOT FILED          .00           .00
SPRINT PCS                UNSECURED        NOT FILED          .00           .00
CREDIT MANAGEMENT CONTRO  UNSECURED        NOT FILED          .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 35537 THOMAS A CURTIS III & LASHAWN CURTIS

```
ACCOUNTS RECEIVABLE MANA  UNSECURED      NOT FILED             .00              .00
CAPITAL ONE               UNSECURED      NOT FILED             .00              .00
HARVARD COLLECTION SERVI  UNSECURED      NOT FILED             .00              .00
LOU HARRIS & CO           UNSECURED      NOT FILED             .00              .00
PAY DAY EXPRESS           UNSECURED      NOT FILED             .00              .00
JBC LEGAL GROUP           UNSECURED      NOT FILED             .00              .00
CPSI SECURITY             UNSECURED      NOT FILED             .00              .00
AFFIRMATIVE               UNSECURED      NOT FILED             .00              .00
MALCOLM S GERALD          UNSECURED      NOT FILED             .00              .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED             .00              .00
CINGULAR WIRELESS         UNSECURED         522.34             .00              .00
HOUSEHOLD TAX MASTERS     UNSECURED        3041.84             .00              .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED             .00              .00
AT&T                      UNSECURED      NOT FILED             .00              .00
WFNNB                     UNSECURED      NOT FILED             .00              .00
SEAWAY NATIONAL BANK      UNSECURED      NOT FILED             .00              .00
FINGERHUT                 FILED LATE        118.07             .00              .00
CERTEGY PAYMENT RECOVERY  UNSECURED      NOT FILED             .00              .00
UNIVERISTY OF CHICAGO     UNSECURED      NOT FILED             .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED             .00              .00
MEADOWS CREDIT UNION      UNSECURED       10552.17             .00              .00
GE CAPITAL                UNSECURED        1190.00             .00              .00
CINGULAR WIRELESS         UNSECURED         864.07             .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         967.98             .00              .00
CITY OF CHICAGO PARKING   PRIORITY       NOT FILED             .00              .00
ALL PROPERTIES            FILED LATE           .00             .00              .00
OWENS & ROBINSON          DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                          1,429.28
DEBTOR REFUND             REFUND                                                .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 23,613.75

PRIORITY                                          2,914.23
SECURED                                          15,805.00
    INTEREST                                      3,465.24
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                              1,429.28
DEBTOR REFUND                                          .00
                       ---------------       ---------------
TOTALS                  23,613.75                23,613.75
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```